# Exhibit 1



**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

September 24, 2015

Mr. Steve Johnson
Director, Engineering and Design Analysis
Hyundai Motor America
10550 Talbert Avenue
Fountain Valley, CA 92708

NVS-215SM
15V-568

**Subject:**  Connecting Rod Wear may Result in Engine Stall

Dear Mr. Johnson:

This letter serves to acknowledge Hyundai Motor America's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
HYUNDAI/SONATA/2011-2012

**Mfr's Report Date:**    September 10, 2015

**NHTSA Campaign Number:**    15V-568

**Components:**
ENGINE

**Potential Number of Units Affected:**    470,000

**Problem Description:**
Hyundai Motor America (Hyundai) is recalling certain model year 2011-2012 Sonata vehicles manufactured December 11, 2009, to April 12, 2012 at Hyundai Motor Manufacturing Alabama and equipped with either a 2.0 liter or 2.4 liter Gasoline Direct injection engine. In the affected vehicles, metallic debris may not have been fully removed during manufacturing of the engine crankshaft. If the debris was not completely removed, oil flow may be restricted through the connecting rod bearings, causing connecting rod damage and possible engine failure. A worn connecting rod bearing will produce a metallic, cyclic knocking noise from the engine and possible engine failure.

**Consequence:**
Engine failure would result in a vehicle stall, increasing the risk of a crash.

**Remedy:**
Hyundai will notify owners, and dealers will inspect the vehicles and replace the engine assembly, as necessary, free of charge. Additionally, Hyundai Motor America will increase the warranty for the engine sub-assembly (short block) to 10 years/120,000 miles for both original and subsequent owners of 2011 and 2012 Sonatas manufactured at Hyundai Motor Manufacturing Alabama equipped with 2.0 liter and 2.4 liter Gasoline Direct injection engines. An interim notification will be mailed by November 2, 2015. A second notification will be mailed when parts are available. Owners may contact Hyundai customer service at 1-855-671-3059 or by visiting www.HyundaiUSA.com/Campaign132. Hyundai's number for this recall is 132.



**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

We have received Hyundai's proposed interim owner notification letter and it is currently under review. You will be notified of any changes or concerns once our review is complete.

Please be reminded of the following requirements:

Copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

As stated in Part 573.7, submission of the first of six consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs. Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

Your contact for this recall will be Sarah Mcshane who may be reached by phone at 202-366-7401, or by email at sarah.mcshane@dot.gov or through the office email at rmd.odi@dot.gov. We look forward to working with you.

Sincerely,

Jennifer Timian
Chief, Recall Management Division
Office of Defects Investigations
Enforcement

