MCCUNEWRIGHT LLP
Richard D. McCune (Bar No.132124)
rdm@mccunewright.com
David C. Wright (Bar No. 177468)
dcw@mccunewright.com
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Joseph G. Sauder*
jgs@mccunewright.com
Matthew D. Schelkopf*
mds@mccunewright.com
Joseph B. Kenney*
jbk@mccunewright.com
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
*Pro Hac Vice applications to be submitted

Attorneys for Plaintiffs Greg Wallis and Jodie Peltier

[List of Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| GREG WALLIS and JODIE PELTIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC. and Does 1 through 10, inclusive, Inclusive,<br><br>Defendants. | CASE NO. 8:16-cv-01033-AG-DFM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Andrew J. Guilford<br><br>Complaint Filed: June 2, 2016 |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Joseph R. Ashby (Bar No. 248579)
josephashby@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant Kia Motors America, Inc.

1       WHEREAS, on June 2, 2016, plaintiffs Greg Wallis and Jodie Peltier filed an action entitled *Wallis v. Kia Motors America, Inc.*, Case No. 8:16-cv-01033-AG-DFM (the "Action"), which was assigned to the Honorable Andrew J. Guilford of the Central District of California;

      WHEREAS, based on a recently announced extensions of the limited warranty for the engine connecting rod for the subject vehicles at issue in this Action, the parties have concluded that the claims asserted in this Action should no longer be prosecuted on a class-wide basis, but only settled on an individual basis, which the parties have agreed to;

      WHEREAS, without any admission of liability on the part of either party, the parties desire to avoid continued litigation of any remaining claims for relief;

      WHEREAS, no class has been certified and no motion for class certification is pending;

      NOW THEREFORE,

      In recognition of the foregoing, the parties stipulate that plaintiff Greg Wallis and Jodie Peltier's claims in the above-entitled Action will and hereby are voluntarily dismissed without prejudice against defendant Kia Motors America, Inc. pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

DATED: November 7, 2016      MCCUNEWRIGHT LLP

                                      By *\/s/ Richard D. McCune*
                                           Richard D. McCune
                                           Attorneys for Plaintiffs Greg Wallis and
                                           Jodie Peltier

| | | |
|---|---|---|
| 1 | DATED:  November 7, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | By  */s/ Shon Morgan* |
| 6 | | Shon Morgan |
| 7 | | Attorneys for Defendant Kia Motors America Inc. |

-2  Case No. 8:16-cv-01033-AG-DFM
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1    Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed,
2  and on whose behalf the filing is submitted, concur in the filing's content and have
3  authorized the filing.
4
5
6  DATED:  November 7, 2016          */s/ Richard D. McCune*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28