```
 1  MCCUNEWRIGHT LLP
    Richard D. McCune (Bar No.132124)
 2  rdm@mccunewright.com
    David C. Wright (Bar No. 177468)
 3  dcw@mccunewright.com
    2068 Orange Tree Lane, Suite 216
 4  Redlands, California 92374
    Telephone:  (909) 557-1250
 5  Facsimile:  (909) 557-1275

 6  Joseph G. Sauder*
    jgs@mccunewright.com
 7  Matthew D. Schelkopf*
    mds@mccunewright.com
 8  Joseph B. Kenney*
    jbk@mccunewright.com
 9  555 Lancaster Avenue
    Berwyn, Pennsylvania 19312
10  Telephone:  (610) 200-0581
    *Pro Hac Vice applications to be submitted

11  Attorneys for Plaintiffs Greg Wallis and Jodie Peltier

12  [List of Counsel Continued on Next Page]
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| GREG WALLIS and JODIE PELTIER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC. and Does 1 through 10, inclusive, Inclusive,<br><br>Defendants. | CASE NO. 8:16-cv-01033-AG-DFM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Andrew J. Guilford<br><br>Complaint Filed: June 2, 2016 |

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 187736)
2  shonmorgan@quinnemanuel.com
   Joseph R. Ashby (Bar No. 248579)
3  josephashby@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for Defendant Kia Motors America, Inc.

1    WHEREAS, on June 2, 2016, plaintiffs Greg Wallis and Jodie Peltier filed an
2 action entitled *Wallis v. Kia Motors America, Inc.*, Case No. 8:16-cv-01033-AG-
3 DFM (the "Action"), which was assigned to the Honorable Andrew J. Guilford of
4 the Central District of California;

5    WHEREAS, based on a recently announced extensions of the limited
6 warranty for the engine connecting rod for the subject vehicles at issue in this
7 Action, the parties have concluded that the claims asserted in this Action should no
8 longer be prosecuted on a class-wide basis, but only settled on an individual basis,
9 which the parties have agreed to;

10    WHEREAS, without any admission of liability on the part of either party, the
11 parties desire to avoid continued litigation of any remaining claims for relief;

12    WHEREAS, no class has been certified and no motion for class certification
13 is pending;

14    NOW THEREFORE,

15    In recognition of the foregoing, the parties stipulate that plaintiff Greg Wallis
16 and Jodie Peltier's claims in the above-entitled Action will and hereby are voluntarily
17 dismissed without prejudice against defendant Kia Motors America, Inc. pursuant to
18 Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

21 DATED:  November 7, 2016            MCCUNEWRIGHT LLP

23                                     By */s/ Richard D. McCune*
24                                        Richard D. McCune
                                          Attorneys for Plaintiffs Greg Wallis and
25                                        Jodie Peltier

-1-                                                          Case No. 8:16-cv-01033-AG-DFM
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

| | | |
|---|---|---|
| 1 | DATED:  November 7, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | By  */s/ Shon Morgan* |
| 6 | | Shon Morgan |
| 7 | | Attorneys for Defendant Kia Motors America Inc. |

1     Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed,
2 and on whose behalf the filing is submitted, concur in the filing's content and have
3 authorized the filing.

4

5

6 DATED: November 7, 2016           /s/ Richard D. McCune

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28